UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90071 |
|---|---|---|---|
| Debtor | In Re: | Nielsen & Bainbridge, LLC et al. | |

This lawyer, who is admitted to the State Bar of __Massachusetts__:

| | |
|---|---|
| Name | Christopher Louis Carter |
| Firm | Morgan, Lewis & Bockius LLP |
| Street | One Federal Street |
| City & Zip Code | Boston, MA 02110-1726 |
| Telephone | 617-341-7700 |
| Licensed: State & Number | MA-678372 |

Seeks to appear as the attorney for this party:

| Wells Fargo Bank, National Association |
|---|
| Dated: February 9, 2023    Signed: Christopher Louis Carter |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                    United States Bankruptcy Judge