United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 11, 2023
Nathan Ochsner, Clerk

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90071 |
|---|---|---|---|
| Debtor | In Re: | Nielsen & Bainbridge, LLC | |

This lawyer, who is admitted to the State Bar of ____Illinois____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Ravi S. Shankar<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Il 60654<br>(312) 862-2000 / ravi.shankar@kirkland.com<br>IL Bar No. 6303980 |

Seeks to appear as the attorney for this party:

|  |
|---|
| Dated: 2-9-2023 | Signed: /s/ Ravi S. Shankar |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
| Dated: | Signed: _____<br>Deputy Clerk |

Order   (Docket No. 43)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed: February 11, 2023**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**