IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NIELSEN & BAINBRIDGE, LLC, *et al.*,[1] | ) Case No. 23-90071 |
| Debtors. | ) |

**NOTICE OF APPOINTMENT OF OFFICIAL
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

    The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| **WANGBIN DECORATIVE MATERIAL CO.**<br>NO.92, CHAOYANG EAST ROAD, FOTANG TOWN, YIWU CITY, ZHEJIANG PROVICE, CHINA | Brian Mitteldorf<br>Tel: 818-523-6660<br>blm@cabcollects.com |
|---|---|
| **LAMPLUX CO., LTD**<br>NO.176 XINWU VILLAGE GROUP<br>GUANGDONG PROVINCE,<br>CHINA | Shawn<br>Tel:+86-18038181699<br>Email: shawn@lamplux.com |
| **RISING-SUN LIGHTING FACTORY**<br>SUCUM INDUSTRIAL ZONE, YINFENG ROAD, DANZAO TOWN, NANHAI DISTRICT, FOSHAN CITY, GUANGDONG PROVINCE, POSTAL | Kate<br>Tel: +086-757-85404083<br>Email: kate@risingsunlight.com |

---

[1]     The Debtors in this chapter 11 case, along with the last four digits of Debtors' federal tax identification number, include: Nielsen & Bainbridge, LLC (1128); Cheyenne Products LLC (6104); Design Solutions International, Inc. (8955); Dwell & Décor Outdoor LLC (1339); Dwelling & Décor LLC (4212); Home Décor Holding Company (9316); Jimco Lamp & Manufacturing Company (5837); KNB Holdings Corporation (7525); N&B Industries, Inc. (1704); NBG Intermediate Holdings Inc. (0457); NBG Topco Holdings Inc. (8540); Patton Picture Company (0590); and Quoizel, LLC (2765). The Debtors' service address in these chapter 11 cases is: 12303 Technology Boulevard, Suite 950, Austin, TX 78727.

| | |
|---|---|
| CODE 528216, CHINA | |
| **NANTONG RACHEL TEXTILES CO., LTD.** <br> JIANG'AN TOWN, RUGAO DISTRICT, NANTONG, JIANGSU, CHINA 226000 | Selina <br> Tel: 18806298533 <br> Email: selina@racheltextiles.com |
| **HAINING LIGE TEXTILE CO., LTD** <br> NO.127 WENSHENG NORTH ROAD, SHENGSHI, XUCAN, HAINING, ZHEJIANG, CHINA 314422 | Amy <br> Tel:86-13750747101 <br> Email: amy@league-textile.com |
| **CHENYU (ANHUI) CULTURAL ARTS CO., LTD** <br> NO. 8 GAOYONGDONG ROAD, KUNSHAN, JIANGSU PROVINCE, CHINA | Nancy <br> Tel: 0086-563-6028666 <br> sales02@chinachenyu.com |

Dated: February 18, 2023,    KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

/s/ HA M NGUYEN
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 18, 2023.

/s/ Ha M Nguyen
Ha M Nguyen
Trial Attorney