# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| NIELSEN & BAINBRIDGE, LLC, *et al.*,[1] | ) Case No. 23-90071 |
| Debtors. | ) |

## NOTICE OF ORGANIZATIONAL MEETING
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The organizational meeting for the Official Committee of Unsecured Creditors in the above captioned case will be convened by video teleconference on February 20, 2023, at 6:30 pm, CST. Members of the committee have been provided with call-in instructions.

Dated: February 18, 2023.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

---

[1] The Debtors in this chapter 11 case, along with the last four digits of Debtors' federal tax identification number, include: Nielsen & Bainbridge, LLC (1128); Cheyenne Products LLC (6104); Design Solutions International, Inc. (8955); Dwell & Décor Outdoor LLC (1339); Dwelling & Décor LLC (4212); Home Décor Holding Company (9316); Jimco Lamp & Manufacturing Company (5837); KNB Holdings Corporation (7525); N&B Industries, Inc. (1704); NBG Intermediate Holdings Inc. (0457); NBG Topco Holdings Inc. (8540); Patton Picture Company (0590); and Quoizel, LLC (2765). The Debtors' service address in these chapter 11 cases is: 12303 Technology Boulevard, Suite 950, Austin, TX 78727.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Organizational Meeting for the Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on February 18, 2023

*/s/ Ha M Nguyen*
Ha M. Nguyen