IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NIELSEN & BAINBRIDGE, LLC, *et al.*,[1] | ) ) ) | Case No. 23-90071 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED NOTICE OF HYBRID HEARING**

A final evidentiary hearing is set for **March 1, 2023, at 2:30 p.m.** prevailing Central Time (the "Hearing") before Judge David R. Jones to consider final relief on the following:

- **Lease Rejection Motion.** Emergency Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) Granting Related Relief [Docket No. 7].

- **Cash Management Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 9].

- **OCP Motion.** Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 16]

- **DIP Motion.** Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 20].

- **Bid Procedures.** Debtors' Emergency Motion for Entry of an Order (I) Establishing Bidding Procedures, (II) Scheduling Certain Dates with Respect

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NBGHome.  The Debtors' service address in these chapter 11 cases is:  12303 Technology Boulevard, Suite 950, Austin, TX 78727.

Thereto, (III) Approving the Form and Manner of Notice Thereof, and (IV) Granting Related Relief [Docket No. 21].

Additionally, the hearing on the *Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto* [Docket No. 70], which was previously set for February 24, 2023 at 10:30 a.m., has been **reset to March 1, 2023, at 2:30 p.m.**, prevailing Central Time.

You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691.

Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in these chapter 11 cases are available free of charge by visiting Debtors' notice, claims, and solicitation agent at https://omniagentsolutions.com/NBGHome, or for a fee by visiting the Court's website at https://ecf.txsb.uscourts.gov.

Houston, Texas
February 22, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, TX 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: joshua.sussberg@kirkland.com |
| Email: mcavenaugh@jw.com | steven.serajeddini@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | -and- |
| vargeroplos@jw.com | |
| | Joshua M. Altman (admitted *pro hac vice*) |
| *Proposed Co-Counsel to the Debtors* | 300 North LaSalle Street |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: josh.altman@kirkland.com |
| | |
| | *Proposed Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

## Certificate of Service

      I certify that on February 22, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

35033812v.2