**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NIELSEN & BAINBRIDGE, LLC, *et al.*,[1] | ) Case No. 23-90071 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**GLOBAL NOTES AND
STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Nielsen & Bainbridge, LLC ("N&B") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1 of the Bankruptcy Local Rules for the Southern District of Texas.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NBGHome. The Debtors' service address in these chapter 11 cases is: 12303 Technology Boulevard, Suite 950, Austin, TX 78727.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors do not expressly undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Stephanie Suggs, Chief Financial Officer of N&B and an authorized signatory for each of the Debtors, has signed each set of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Ms. Suggs has necessarily relied upon the efforts, statements, advice, and representations of various personnel employed by the Debtors and the Debtors' legal and financial advisors. Ms. Suggs has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

<u>**Global Notes and Overview of Methodology**</u>

1.  <u>**Description of Cases and "As Of" Information Date**</u>.  On February 8, 2023, (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    To the best of the Debtors' knowledge, and except as otherwise noted, the information provided herein represents the (i) asset data of the Debtors as of the close of business on January 28, 2023, which is the fiscal month end for January, and (ii) liability data (including figures regarding sales allowance and allowance for doubtful accounts) as of the Petition Date.

    Unless otherwise stated herein, asset values listed are based on current book value. The ultimate market value of such assets may vary from book value (or the applicable value ascribed herein) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.

    On February 9, 2023, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 38]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.      **Global Notes Control.**  These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.      **Reservations and Limitations.**  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions, as well as discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.  The Debtors reserve all rights to:  (a) amend and supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("Claim")[2] is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated").  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (a) liability or (b) amounts due or owed, if any, in each case, by the Debtor against which the Claim is listed or against any of the Debtors.  Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)      **Recharacterization.**  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  The Debtors' books and records are organized by operating segment (as outlined in Accounting Standards Codification 280), not by legal entity.  The Debtors' operating segments include Decorative Hardwire Lighting and Affordable Home Décor.  Affordable Home Décor is further subdivided into the following reporting units:  Home Décor, Wall,

---

2   For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

and Outdoor.  In light of the foregoing, there may be some overlap or duplicative entries or characterizations of certain items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(b)  **Classifications.**  Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract or to setoff of such Claim.

(c)  **Claims Description.**  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification. Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Moreover, listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

(d)  **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ materially from such estimates.

(e)  **Causes of Action.**  Despite reasonable efforts to identify all known assets, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers.  The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches

4

of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(f)  **Intellectual Property Rights.**  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

(g)  **Insiders.**  In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes **only** and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

(h)     **Books and Records.**  The Debtors' business segments operate in a decentralized manner across approximately four different accounting systems.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions may exist with respect to the Debtors' books and records.

(i)     For the avoidance of doubt, the Debtors' restructuring is anticipated to culminate in a compromise of claims, interests in Debtors, and controversies that are included in the *Joint Chapter 11 Plan of Reorganization of Nielsen & Bainbridge, LLC and Its Debtor Affiliates* [Docket No. 22] filed with the Bankruptcy Court on February 9, 2023 (as revised, amended, supplemented, the "Plan").  The Plan is anticipated to provide finality with respect to all claims and causes of action that are or may be asserted against the Debtors.  Nothing in the Schedules or Statements is intended to, shall be construed as, or shall have the effect of, modifying, changing, or otherwise affecting the Plan.

4.     **Methodology.**

(a)     **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)     **Comprehensive Enterprise.**  The Debtors operate their business as a comprehensive enterprise and their financial affairs are complex.  Before the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System").  Disbursements under the Cash Management System are overseen by the Debtors' treasury department.  As described in further detail in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 9] (the "Cash Management Motion"), certain payments in the Schedules and Statements may have been made by one legal entity on behalf of another legal entity through the operation of the Cash Management System.  As a result of the comprehensive nature of the Debtors' enterprise and capabilities of certain vendors, certain operational units (or purchase orders) are consolidated for purchasing, invoicing, and bookkeeping purposes.  For example, in the ordinary course of business, Pinnacle Frames & Accents (a brand housed under Debtor Nielsen & Bainbridge, LLC) and Patton Wall Decor (housed under Debtor Patton Picture Company) share a primary vendor.  Accordingly, purchase orders for both companies are submitted by Nielsen & Bainbridge, LLC, and the Debtors book a monthly intercompany transaction to reflect liabilities of Patton Picture Company for any purchasers.  For purposes of the Schedules, the

Debtors scheduled all transactions at Nielsen & Bainbridge, LLC and showed current intercompany balances at both entities, consistent with books and records. In all cases in the Schedules, the Debtors have endeavored to book liabilities at the appropriate entity and corresponding intercompany receivables.

The Debtors' treasury department regularly reconciles the Debtors' books and records to ensure that all transfers are accounted for properly. Thus, the Debtors' debits and credits are known and recorded. Although diligent efforts have been made to set forth open payable amounts and Claims on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and Statements to update payable amounts or attribute open payable amounts and Claims to a different legal entity, if necessary or appropriate.

(c)     **Confidential Information.**   There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts where the Schedules and Statements call for information that would disclose such information. Pursuant to the *Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (II) Approving the Form and Manner of the Notice of Commencement, and (III) Granting Related Relief* [Docket No. 66] (the "Creditor Matrix Order"), the Bankruptcy Court has granted the Debtors authority to redact certain confidential information. The Debtors may have redacted certain information where an agreement between the Debtors and a third party, concerns of confidentiality, the protection of sensitive commercial information, or concerns for the privacy of individuals, including employees and "insiders," so requires. In addition, the very existence of certain agreements may be (by the terms of such agreements) confidential. These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable. The Debtors also may present such sensitive information as consolidated line items of similar interests. The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' proprietary information. The alterations or redactions are limited only to what the Debtors believe is warranted.

(d)     **Estimates.**  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend, supplement, or otherwise modify the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

(e)     **Fiscal Year.**  Each Debtor's fiscal year ends on December 31.

(f)     **Umbrella or Master Agreements.**  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella

7

or master agreement.  Other Debtors, however, may be liable instead of, or together with, such Debtor on account of such agreements, and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(g) **Executory Contracts.**  Although the Debtors have made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or overinclusion may have occurred.  For the avoidance of doubt, the executory contracts on Schedule G do not include any of the Debtors' employment agreements.

(h) **Leases.**  The Debtors have included the value of certain right of use assets, which may capture future obligations, in the Schedules and Statements.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other real property interests, and equipment from third-party lessors for use in the daily operation of their business.  Any known prepetition obligations of the Debtors' pursuant to the same have been listed on Schedule F, the lease counterparties have been noted on Schedule D, and the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A.  Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

(i) **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors, including a certain inventory appraisal conducted by Gordon Brothers Group in 2022 in connection with the Debtors' prepetition ABL facility (the "Gordon Brothers Appraisal").  Unless noted otherwise, the Schedules and Statements reflect net book values as of January 28, 2023.  Also, certain assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the

ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that is being prepared in connection with the disclosure statement to the Plan. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

(j)  **Allocation of Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute and challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

(k)  **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(l)  **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(m)  **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(n)  **Paid Claims.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about February 9, 2023 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay in their discretion certain Claims on a postpetition basis; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they may not be listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid

overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(o)     **Intercompany Claims.** As described more fully in the Cash Management Motion, the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the interim order granting the relief requested in the Cash Management Order [Docket No. 51] (the "Interim Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business. The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. Although reasonable efforts have been made to set forth all, or all material, intercompany transactions, on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and Statements to include additional intercompany transactions or to attribute intercompany transactions to a different legal entity, if necessary or appropriate. The Debtors reserve all rights with respect to such accounts.

(p)     **Guaranties and Other Secondary Liability Claims.** The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review. Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

(q)     **Excluded Assets and Liabilities.** The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist. The Debtors have also excluded unbilled receivables, customer advances, billings in excess of cost, and allowances for doubtful accounts. As of December 31, 2022, the Debtors' balance sheets no longer reflect goodwill and intangibles. The Debtors also have excluded worker's compensation Claims to maintain the privacy of the claimants. The

Debtors have also excluded claims filed with their insurance carriers as this information was not available at the time of these filings.  In addition, other immaterial assets and liabilities may also have been excluded.

(r)    **Property and Equipment**.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease, and the Debtors reserve all of their rights with respect thereto.

(s)    **Liens.**  The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

(t)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.  Currency conversions are generally as of the Petition Date.

(u)    **Credits and Adjustments.**  The Claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

(v)    **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the Debtors' business and are consistent with the ordinary course business of the Debtors' industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

(w)    **Letters of Credit.**  Amounts due and payable as of the Petition Date as listed herein do not reflect draws on letters of credit unless such draws were made by a third party non-Debtor or unless noted otherwise.

<u>**Specific Schedules Disclosures**</u>

<u>**Schedules Summary**</u>.  Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission as to the Debtor's solvency as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

1.  **Schedule A/B**

    (a)    **Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**

    - Debtors Nielsen & Bainbridge, LLC, Design Solutions International, Inc., and Home Decor Holding Company maintain and report their balance sheets on a consolidated basis.  Therefore, the information set forth on Schedule A/B, Parts 1 and 2 for such Debtors include the same data also set forth on the applicable Schedule A/B, Parts 1 and 2 of each such Debtor's applicable Debtor subsidiaries.

    - Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and the Interim Cash Management Order.  The balances of the financial accounts listed on Schedule A/B, Part 1, are as of the Petition Date.

    - Additionally, the Bankruptcy Court, pursuant to the *Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 58], has authorized the Debtors to provide adequate assurance of

payment for future utility services.   Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of January 28, 2023.

- The balances of deposits and prepayments presented on Schedule A/B, Parts 1 and 2 are as of January 28, 2023.

- The bank account balances are listed as of the Petition Date and may vary from book balances.

(b)  **Part 3 – Accounts Receivable**

- Amounts listed reflect gross amounts received or face amounts requested. Some accounts receivable related to the Debtors' contracts may be subject to downward adjustments due to disbursements required or certain payment caps under the terms of such contracts as well as potential .  Such adjustments are accounted for as "doubtful or uncollectible" accounts.

- As described in further detail in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 17], the Debtors net certain noncompliance charges (*i.e.*, monetary penalties incurred on account of delayed shipping, issues with shipping containers, invoice errors, incorrect labels, accidental shipments, and undelivered merchandise) and sales allowance and markdown amounts (*i.e*, merchandise purchase price markdowns, chargebacks for certain shipment deficiencies, and returned merchandise for quality issues or where merchandise was shipped in excess of the order amount) against accounts receivable.   The Bankruptcy Court, pursuant to the *Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 54] has authorized the Debtors to continue netting such amounts against accounts receivable.

- The Debtors net any and all of the foregoing adjustments and allowances against accounts receivable aged over 90 days first; therefore, some of the adjustments and allowances may not be as against open accounts receivable and reflect approximate amounts.

- Amounts listed on account of trade-related accounts receivable represents such amounts as of the Petition Date.

(c)  **Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.**

- Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact

that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(d)    **Parts 5, 7, 8, and 9 – Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment; and Collectibles; Machinery, Equipment, and Vehicles; Real Property.**

- Any finished good inventory information provided herein includes amounts on account of capitalized variances.

- Inventory is taken by the managers at the Debtors' distribution centers on a cycle count basis.  The Debtors have listed the last amount and valuation of inventory as undetermined.

- Notwithstanding the Gordon Brothers Appraisal, an external or professional valuation of the Debtors' inventory has not been taken.

- Dollar amounts are presented net of accumulated depreciation and other adjustments as of January 28, 2023.

- Real property is reported at book value, net of accumulated depreciation on buildings and improvements.  Amounts ultimately realized may vary from net book value, and such variance may be material.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  The Debtors reserve all of their rights to recategorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.  The Debtors' failure to list any rights in real property on schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtors reserve all rights with respect to any Causes of Action that they may have, and neither these Global Noes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

- Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge

the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' Claim.

(e)     **Part 10 – Intangibles and Intellectual Property.**

- The Debtors have listed the value of any intangible assets including tradenames, customer lists, registered internet domains, and websites as undetermined amounts on account of the fact that the fair market value of such ownership is not available at this time.

(f)     **Part 11 – All Other Assets.**

- Dollar amounts are presented net of impairments and other adjustments.

- ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*** In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, claims against subcontractors, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  The Debtors attempted to list known causes of action and other claims.  Because certain of such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

- ***Interests in Insurance Policies or Annuities.***  A list of the Debtors' insurance policies and related information is available in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Honor and Renew the Premium Financing Agreements Entered Into Prepetition and Satisfy Obligations Related Thereto, (C) Renew, Amend, Supplement, Extend or Purchase Insurance Policies, (D) Continue to Pay Brokerage Fees, and (E) Maintain the Surety Bond Program, and (II) Granting Related Relief* [Docket No. 14].  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Accordingly, such policies are not listed on Schedule A/B, Part 11.  All current insurance policies are listed in response to Schedule A/B 73 of Debtor Nielsen & Bainbridge, LLC, although all Debtors benefit from coverage under such insurance policies.

- ***Interests in Net Operating Losses ("NOLs") and Other Tax Attributes.***  Certain of the Debtors have the ability to take advantage of NOLs and other tax attributes with respect to Debtor NBG Topco Holdings Inc's existing classes of common stock or beneficial ownership therein, which amounts may be

accumulated for more than one tax year. For combined or consolidated returns, the value of NOLs or other tax attributes is reported at the parent level. The Debtors may have the ability to claim NOLs or other tax attributes for subsequent years, but such amounts cannot be quantified at this time. The Debtors have listed the amounts for NOLs, general business credit carryforwards, and other tax attributes as undetermined. More information regarding the NOLs and other tax attributes is available in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief* [Docket No. 13].

(g)   **Schedule D – Creditors Who Have Claims in Property.**   Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. The Debtors made reasonable, good-faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. For the avoidance of doubt, the creditors listed on Schedule D reflect such creditors' applicable administrative agents.

(h)   **Schedule E/F – Creditors Who Have Unsecured Claims**

**Part 1 – Creditors with Priority Unsecured Claims.**   Pursuant to the *Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 57] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed in Schedule E. Furthermore, pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 50] (the "Wages Order"), the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any

16

non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Part 2 – Creditors with Nonpriority Unsecured Claims.** The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of Claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Claims that may arise in connection with contracts that have been rejected have been marked as contingent and unliquidated in the Schedules and Statements. In addition, Schedule E/F, Part 2, does not include Claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that have not yet been rejected.

In many cases, the Claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a Claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such Claim.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to

amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if and as they receive such invoices.

(i)     **Schedule G – Executory Contracts and Unexpired Leases.**  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Additionally, in certain instances, executory contracts and unexpired leases may be omitted due to their confidential nature, but can be made available to the U.S. Trustee for the Southern District of Texas on a confidential basis.  Additionally, relationships between the Debtors and certain counterparties are often governed by a master services agreement or a master lease agreement, under which such counterparties also place work and purchase orders or lease riders and schedules, which may be considered executory contracts. Disclosure of these purchase and work orders or lease riders and schedules, however, is impracticable and unduly burdensome.  Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The same supplier or provider may appear multiple times in Schedule G.  Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In addition, the Debtors filed the *Debtors' Motion for Entry of an Order Authorizing (I) The Rejection of Certain Unexpired Leases and (II) Granting Related Relief* [Docket No. 7] (the "Lease Rejection Motion"). To the extent that information regarding rejected unexpired leases in Schedule G conflicts with information regarding rejected leases in the Lease Rejection Motion, the Lease Rejection Motion will control.

(j) **Schedule H.** Although there are multiple beneficial holders of the Debtors' prepetition debt, only the administrative agents and indenture trustees have been listed on Schedule H. Schedule H additionally reflects any and all codebtors on account of any of the Debtors' executory contracts and unexpired leases, as set forth on Schedule G.

2. **Specific Statements Disclosures.**

(a) **Statements, Part 1, Questions 1 and 2.** The net revenue and non-business revenue reported for the current fiscal year are through January 28, 2023.

(b) **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.** Prior to the Petition Date, the Debtors maintained a centralized Cash Management System through which N&B and certain of its Debtor affiliates made certain payments on behalf of other entities. Consequently, all payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by N&B or one of its Debtor affiliates from operating bank accounts (the "Operating Accounts"), on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion. In addition, payments listed in Statements, Part 2, Question 4 are net payments as of actual invoices and include credits and inter-company liabilities.

(c) **Statements, Part 2, Question 3.** The Debtors have responded to Statement, Part 2, Question 3 in a detailed format by creditor. The response to Statement, Part 2, Question 3 includes any disbursement or other transfer made by the Debtors except for those made to (i) insiders or other Debtors (which payments appear in response to Statement, Part 2, Question 4), (ii) non-insider employees, and (iii) bankruptcy professionals (which payments appear in response to Statement, Part 6,

Question 11). In addition, the response to Statement, Part 2, Question 3 does not include checks that were either voided or not presented before the Petition Date.

(d) **Statements, Part 2, Question 4.** As described in the Cash Management Motion, the Debtors routinely make payments to Debtor and non-Debtor affiliates in the ordinary course of business as it relates to the cost and provision of goods and services and the movement of cash to and from accounts, resulting in intercompany receivables and payables. The Debtors' daily cash sweeps from zero balance accounts are not included in such amounts. The amounts listed in Statements, Part 2, Question 4, include such payments or transfers made from a Debtor to another Debtor or a non-Debtor affiliate during the one-year period preceding the Petition Date. Due to the nature of the Debtors' Cash Management System, certain payments reflected in certain Debtors' responses to Statements, Part 2, Question 4, relate to payments made to affiliates who, in turn, remitted such payments to vendors or other creditors providing services to the Debtor entity making such payment.

To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

As discussed above, the inclusion of a party as an "insider" is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defenses, and such rights, Claims, and defenses are hereby expressly reserved.

(e) **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Commencement Date. The services rendered generally pertain to (i) general corporate, regulatory, and litigation services, (ii) debt restructuring or liability management, (iii) relief under the Bankruptcy Code, (iv) preparation of a bankruptcy petition, and/or (v) regulatory filing preparation. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome. Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

(f) **Statements, Part 6, Question 13.** The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed.

(g)    **Statements, Part 13, Question 25 – Other Businesses in which the Debtors have or have had an Interest.**  Information listed in Statement 25 is based on the best historical corporate structure information available.  Certain dates of ownership may be approximate, and certain historical information may be unavailable for certain entries.  In the case of non-U.S. entities, U.S. tax ID numbers are not applicable.

(h)    **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** Commercially reasonable efforts have been made to provide accurate and complete information regarding the Debtors' accountants and bookkeepers who maintained the Debtors' books and records, and all firms or individuals who have audited, compiled, or reviewed the Debtors' books of account and records or prepared a financial statement, within two years before the Petition Date.  While this information was based on the best historical corporate information available, inadvertent errors or omissions may exist.

(i)    **Statements, Part 13, Question 29 – Former Directors and Officers.** Commercially reasonable efforts have been made to provide accurate and complete information regarding the former directors, managing members, general partners, members, or shareholders who were in control of the Debtors within one year before the Petition Date but who no longer hold these positions.  While this information was based on a review of the Debtors' board minutes and on the best historical corporate information available, inadvertent errors or omissions may exist.

(j)    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Distributions by the Debtor Nielsen & Bainbridge, LLC to the Debtors' directors and officers are listed on the attachment to Question 4, as solely reflected on Statement 4 of Debtor Nielsen & Bainbridge, LLC on behalf of all Debtors.  Certain directors and executive officers of N&B are also directors and executive officers of certain of N&B's Debtor and non-Debtor affiliates.  To the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment from the Debtors for their services as directors or executive officers of these entities.  Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date.  The amounts listed under Questions 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*     *     *     *     *

| Debtor Name | **Quoizel, LLC** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known):    **23-90083**

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...........................................................................

| |
| --- |
| $31,170,023.91 |

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.........................................................................

| |
| --- |
| $92,550,185.06 |

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.............................................................................

| |
| --- |
| $123,720,208.97 |

---

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D..........................

| |
| --- |
| $57,700,000.00 |

3.  *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................

| |
| --- |
| $0.00 |

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

**+**
| |
| --- |
| $70,848,588.33 |

4.  **Total liabilities** ....................................................................................................
Lines 2 + 3a + 3b

| |
| --- |
| $128,548,588.33 |

| Debtor Name | **Quoizel, LLC** |
| --- | --- |

**United States Bankruptcy Court for the Southern District of Texas**

| Case number (if known): | **23-90083** |
| --- | --- |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | Truist Bank | Quoizel Standalone | *0271 | $101,145.21 |
| | | | | Book Balance as of February 8, 2023 |
| 3.2 | Wells Fargo | Operating | *9526 | $426,732.97 |
| | | | | Book Balance as of February 8, 2023 |
| 3.3 | Wells Fargo | Lockbox | *9518 | $0.00 |
| | | | | Book Balance as of February 8, 2023 |

4.  **Other cash equivalents**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$527,878.18

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor  Quoizel, LLC                                          Case Number (if known) 23-90083

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1   WTC Trade Mart - Dallas Showroom Lease Deposit | $9,287.00 |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1   Prepaid Other | $49,415.00 |
| 9. **Total of Part 2** | |
| Add lines 7 through 8.  Copy the total to line 81. | **$58,702.00** |

**Part 3:**       Accounts Receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 11. **Accounts receivable** | |

| 11a. 90 days old or less: | $8,637,539.53 | - | $3,534,361.46 | = | $5,103,178.07 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $479,684.52 | - | $479,684.52 | = | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$5,103,178.07**

**Part 4:**       Investments

Debtor  Quoizel, LLC                                                    Case Number (if known) 23-90083

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                       % of ownership: | | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | | |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

**Part 5:**     **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw Materials** | | | | |
| 20. | **Work in progress** | | | | |
| 20.1 | Work in Progress | | $846,132.00 | Net Book Value | $846,132.00 |

Debtor  Quoizel, LLC                                               Case Number (if known) 23-90083

21.  **Finished goods, including goods held for resale**

21.1    Finished Goods, Inventory In-Transit, Net of Reserve        $27,935,813.00        Net Book Value        $27,935,813.00

22.  **Other inventory or supplies**

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.                                                    **$28,781,945.00**

24.  **Is any of the property listed in Part 5 perishable?**

     ☑ No.
     ☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No.
     ☑ Yes.     Book Value $ 981,541.53      Valuation Method  Net Book Value      Current Value $ 981,541.53

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No.                        Appraised Fall 2022
     ☑ Yes.
     26.1

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.  **Crops - either planted of harvested**

Debtor  Quoizel, LLC                                          Case Number (if known) 23-90083

29. **Farm animals**
    Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
    (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

Debtor  Quoizel, LLC                                    Case Number (if known) 23-90083

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1    Furniture & Fixtures, Net | $655,857.00 | Net Book Value | $655,857.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    Software, Net | $2,465,517.00 | Net Book Value | $2,465,517.00 |

42. **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                          **$3,121,374.00**

Debtor  Quoizel, LLC                                                          Case Number (if known) 23-90083

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1   Toyota Sienna Van | $0.00 | Net Book Value | Undetermined |
| 47.2   2004 Ottawa Yard Truck | $0.00 | Net Book Value | Undetermined |
| 47.3   Goodwill Owned Vehicles | $4,944.84 | Net Book Value | $4,944.84 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1   Machinery & Equipment, Net | $0.00 | Net Book Value | $0.00 |

Debtor  Quoizel, LLC                                          Case Number (if known) 23-90083

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                    **$4,944.84**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No.
     ☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 9: | Real property |
|---|---|

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   Leasehold/Building Improvement, Net | | $0.00 | Net Book Value | Undetermined |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.2   Operating Lease ROU Asset | | $0.00 | Net Book Value | $0.00 |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.3   6 Corporate Pkwy, Goose Creek, SC | Operating Lease | $29,727,751.81 | Net Book Value | $29,727,751.81 |

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  Quoizel, LLC                                              Case Number (if known) 23-90083

| 55.4 | Dallas Market Center, Dallas, TX | Operating Lease | $1,442,272.10 | Net Book Value | $1,442,272.10 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$31,170,023.91

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1   Trademarks | $0.00 | Net Book Value | Undetermined |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |

Debtor  Quoizel, LLC                                                      Case Number (if known) 23-90083

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

67.  **Do your lists or records include personally identifiable information of customers?**

☑ No.
☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 11:**     **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

Debtor  Quoizel, LLC                                          Case Number (if known) 23-90083

71.  **Notes receivable**
     Description (include name of obligor)

                                        _____  -  _____  =
                                        Total face amount     Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

      **Nature of claim**

      **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every
     nature, including counterclaims of the debtor and rights to set off
     claims**

      **Nature of claim**

      **Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

     77.1  Intercompany Receivable - Corporate & Quoizel                    $49,824,110.96

     77.2  Intercompany Receivable - Quoizel & Pinnacle                      $1,141,141.64

     77.3  Intercompany Receivable - Quoizel & DSI                             $943,857.39

     77.4  Intercompany Receivable - Quoizel & Jimco                         $3,043,052.98

78.  **Total of Part 11.**                                                **$54,952,162.97**
     Add lines 71 through 77.  Copy the total to line 90.

Debtor  Quoizel, LLC                                              Case Number (if known) 23-90083

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

Debtor  Quoizel, LLC                                                  Case Number (if known) 23-90083

**Part 12:**        Summary

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.**   *Copy line 5, Part 1.* | $527,878.18 | |
| 81. | **Deposits and prepayments.**   *Copy line 9, Part 2.* | $58,702.00 | |
| 82. | **Accounts receivable.**   *Copy line 12, Part 3.* | $5,103,178.07 | |
| 83. | **Investments.**   *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**   *Copy line 23, Part 5.* | $28,781,945.00 | |
| 85. | **Farming and fishing-related assets.**   *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,121,374.00 | |
| 87. | **Machinery, equipment, and vehicles.**   *Copy line 51, Part 8.* | $4,944.84 | |
| 88. | **Real Property.**   *Copy line 56, Part 9.* | | $31,170,023.91 |
| 89. | **Intangibles and intellectual property.**   *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**   *Copy line 78, Part 11.* | $54,952,162.97 | |
| 91. | **Total.**  Add lines 80 through 90 for each column.   91a. | $92,550,185.06 | + 91b. $31,170,023.91 |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ................................................................ | | $123,720,208.97 |

| Debtor Name | **Quoizel, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known): **23-90083**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Amount of Claim
Do not deduct the value of collateral

Value of collateral that supports this claim

**2.1**

**Creditor's name**
WELLS FARGO BANK, NA

**Creditor's mailing address**
100 PARK AVE, 3RD FL
NEW YORK, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor, and its relative priority.

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UNFACTORED ACCOUNTS RECEIVABLE, INVENTORY AND CASH IN BANK

$57,700,000.00

Undetermined

**Describe the lien**
ABL Credit Agreement

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$57,700,000.00

| Debtor Name | **Quoizel, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

Case number (if known):     **23-90083**

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**     If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:     $_____     $_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Debtor Name | **Quoizel, LLC** | Case number (if known): **23-90083** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ADDISON CATERING CO INC
P.O. BOX 701044
DALLAS, TX 75370

$6,653.32

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119021

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AEL INTERNATIONAL (HK) LTD
ATTENTION: WENDY TAN
ROOM D 10/F TOWER A BILLION CENTRE
1 WANG KWONG RD
KOWLOON BAY, KL
HONG KONG

$173,512.98

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119539

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ALL-PHASE ELECTRIC SUPPLY
3020 W EMPIRE AVE
BURBANK, CA 91504

$274.88

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
999004

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ALLIN LIGHTING CO, LTD
NO 40, XINMAO AVE, 5TH FL, HENGLAN TOWN
ZHONGSHAN CITY, SHANGHAI
GUANGDONG
CHINA

$452,961.64

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119215

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES
P.O. BOX 035184
SEATTLE, WA 98124

**Date or dates debt was incurred**

**Last 4 digits of account number**
119440

**As of the petition filing date, the claim is:**                                    $646.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

AVALARA INC
DEPT CH 16781
PALATINE, IL 60055

**Date or dates debt was incurred**

**Last 4 digits of account number**
118853

**As of the petition filing date, the claim is:**                                  $7,928.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

BENEZECH -STRICKLIN SALES
71039 VILLAGE DES BOIS
COVINGTON, LA 70433

**Date or dates debt was incurred**

**Last 4 digits of account number**
118878

**As of the petition filing date, the claim is:**                                  $6,732.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

BERKELEY COUNTY WATER & SANITATION
P.O. BOX 580139
CHARLOTTE, NC 28258

**Date or dates debt was incurred**

**Last 4 digits of account number**
100470

**As of the petition filing date, the claim is:**                                    $152.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

BERKELEY PROPANE CO
P.O. BOX 340
AWENDAW, SC 29429-0340

**Date or dates debt was incurred**

**Last 4 digits of account number**
119075

As of the petition filing date, the claim is:                                    $117.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

BRANT INSTORE CORP
P.O. BOX 1176
BRANTFORD, ON N3T 5T3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119606

As of the petition filing date, the claim is:                                    $705.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

BRIAN SLATER ASSOCIATES LLC
1845 SW 4TH AVE, UNIT A6
DELRAY BEACH, FL 33444

**Date or dates debt was incurred**

**Last 4 digits of account number**
115086

As of the petition filing date, the claim is:                                    $11,194.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address

BRIGHT LIGHTING CO, LTD
PUJIANG RD
DONGGUAN HUMEN DANING MGT DIST
BOARD TOWN INDUSTRIAL ZONE
GUANGDONG PROVINCE
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118557

As of the petition filing date, the claim is:                                    $48,444.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,093.17 |
|---|---|---|---|

**3.13**

**Nonpriority creditor's name and mailing address**
BRYAN NEEL INC
3736 FALLON RD, STE 204
DUBLIN, CA 94568

**Date or dates debt was incurred**

**Last 4 digits of account number**
119317

As of the petition filing date, the claim is:                    $2,093.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**
BUNCH LEASING CO
P.O. BOX 62709
CHARLESTON, SC 29419

**Date or dates debt was incurred**

**Last 4 digits of account number**
119594

As of the petition filing date, the claim is:                    $7,085.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
BUREAU OF CUSTOMS & BORDER PROTECTION
QUOIZEL FED ID 11-1982765
CHARLESTON, SC 29401

**Date or dates debt was incurred**

**Last 4 digits of account number**
112715

As of the petition filing date, the claim is:                    $324,740.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**
BW MITCHUM TRUCKING
P.O. BOX 1639
MT PLEASANT, SC 29465

**Date or dates debt was incurred**

**Last 4 digits of account number**
119191

As of the petition filing date, the claim is:                    $55,750.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.60 |

**3.17** Nonpriority creditor's name and mailing address

CAPITOL COFFEE SYSTEMS INC
1113 CAPITAL BLVD
RALEIGH, NC 27603

**As of the petition filing date, the claim is:**  $330.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
115091

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

CAROLINA HANDLING, LLC
P.O. BOX 890352
CHARLOTTE, NC 28289

**As of the petition filing date, the claim is:**  $2,149.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100722

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CGE SALES LTD
114 RINGWOOD RD
OAKVILLE, ON L6H 1K2
CANADA

**As of the petition filing date, the claim is:**  $4,659.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

CH ROBINSON INTERNATIONAL, INC
14701 CHARLSON RD
EDEN PRAIRIE, MN 55347-5076

**As of the petition filing date, the claim is:**  $117,926.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
114376

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,250.00

CHEYENNE PRODUCTS LLC
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - QUOIZEL & CHEYENNE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,425.00

CHINA KING LIGHTING CO, LTD
SHUI GUAN HE RD SIDE, NANHAI DIST
HE SHUN TOWN, HEFEN
FOSHAN, GUANGDONG, 528251
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119529

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $458.99

CINTAS
P.O. BOX 631025
CINCINNATI, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
114202

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,800.00

CODE 3 FIRE PROTECTION SERVICES
138 REED ST
SUMMERVILLE, SC 29483

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119230

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

CORONA FOSHAN LIGHTING CO
CHANGJIANG RD, GUICHENG EAST DIST
NANHAI, FOSHAN CITY
GUANGDONG, 528251
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119527

**As of the petition filing date, the claim is:**    $43,374.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**

DALIAN OU-MEI ARTS & CRAFT
NANXING RD, NO4 INDUSTRIAL ZONE, HOUTOU, HOUJIE
GUANGDONG PROVINCE
DONGGUAN CITY
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
101059

**As of the petition filing date, the claim is:**    $342,078.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27**

**Nonpriority creditor's name and mailing address**

DIVERSIFIED PHL, INC
ONE IVYBROOK BLVD, STE 100
WARMINSTER, PA 18974

**Date or dates debt was incurred**

**Last 4 digits of account number**
119352

**As of the petition filing date, the claim is:**    $237.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**

**Nonpriority creditor's name and mailing address**

DOMINION ENERGY
P.O. BOX 100256
COLUMBIA, SC 29202-3256

**Date or dates debt was incurred**

**Last 4 digits of account number**
100717

**As of the petition filing date, the claim is:**    $18,064.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136,125.06 |
| --- | --- | --- | --- |

DONGGUAN JINXI HOME DECOR CO, LTD
12 HESHI RD
DONGGUAN CITY, 523539
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119540

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $207,684.46 |
| --- | --- | --- | --- |

DONGGUAN LEADING LIGHTING CO
NO 76 JINGFU W RD,  YANGKENGTANG VILLAGE
DALANG TOWN, DONGGUAN CITY
GUANGDONG PROVINCE, 523000
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119272

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $222,052.06 |
| --- | --- | --- | --- |

DONGGUAN YIFU LIGHTING CRAFTS CO, LTD
RM 101 1ST BLDG NO1 GONGYW RD
XIAJIANGCHENG, GAOBU TOWN, GUANGDONG
DONGGUAN CITY
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119533

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,816.75 |
| --- | --- | --- | --- |

DUN & BRADSTREET, INC
P.O. BOX 931197
ATLANTA, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
100538

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $254,117.19

DWELL & DECOR OUTDOOR LLC
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

INTERCOMPANY PAYABLE - QUOIZEL & PLP

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,585.62

ELECTRA SALES OF NORTH TEXAS, LLC
7903 E GALVESTON PL
BROKEN ARROW, OK 74014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE PAYABLE

**Last 4 digits of account number**
119421

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,042.15

ELITE LIGHTING INC
8921 STONECREST WAY
HIGHLANDS RANCH, CO 80129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE PAYABLE

**Last 4 digits of account number**
118917

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,906.42

EMPLOYBRIGE HOLDING CO
P.O. BOX 116834
ATLANTA, GA 30368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

TRADE PAYABLE

**Last 4 digits of account number**
119640

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINES
P.O. BOX 105160
ATLANTA, GA 30348-5160

**As of the petition filing date, the claim is:**                    $69,533.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
110402

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

EVERGREEN SHIPPING AGENCY AMER CORP TOLLWAY PLAZA I
16000 DALLAS PKWY, STE 400
DALLAS, TX 75248

**As of the petition filing date, the claim is:**                    $212,350.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
110026

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

EVOLUTION LIGHTING CO, LTD
NO 12, YU CHENG 1ST RD
XIAO LAN TOWN
ZHONGSHAN CITY
CHINA

**As of the petition filing date, the claim is:**                    $83,732.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
118910

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS SC (2108-4649-2 / 5273-5001-8)
P.O. BOX 371461
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**                    $2,997.90

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100199

**Is the claim subject to offset?**
☑ No
☐ Yes

| | |
|---|---|
| **3.41** | |

**Nonpriority creditor's name and mailing address**

FEDEX FREIGHT
P.O. BOX 223125
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:**      $1,323.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
112453

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.42** | |

**Nonpriority creditor's name and mailing address**

FLEXPORT, INC
P.O. BOX 207244
DALLAS, TX 75320-7244

**As of the petition filing date, the claim is:**      $4,700.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119408

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.43** | |

**Nonpriority creditor's name and mailing address**

FLICK & ASSOCIATES
320 KOSER RD
LITITZ, PA 17543

**As of the petition filing date, the claim is:**      $56.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100699

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.44** | |

**Nonpriority creditor's name and mailing address**

FOSHAN FIELD SMART LIGHTING CO, LTD
CANGJIANG INDUSTRIAL DISTRICT, GAOMING
FOSHAN CITY, GUANG DONG
CHINA

**As of the petition filing date, the claim is:**      $629,226.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119405

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

FOSHAN FUWEI LIGHTING CO, LTD
NO 2 RD 1
GUANGDONG, LIANTANG INDUSTRIAL ZONE
ZHANGCHA TOWN, FOSHAN CITY
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118596

**As of the petition filing date, the claim is:** $691,340.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

FOSHAN NANHAI GRAND LIGHTING CO
DISTRICT C, SHISHAN TECHNOLOGICAL & INDUSTRIAL ZONE
NANHAI, FOSHAN CITY
GUANGDONG PROVINCE
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118572

**As of the petition filing date, the claim is:** $155,103.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address**

GORDON NOYES AGENCIES
21331 GORDON WAY
RICHMOND, BC V6W 1J9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
101567

**As of the petition filing date, the claim is:** $4,822.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

GRAINGER
5304 E HIGHLAND DR
JONESBORO, AR 72401

**Date or dates debt was incurred**

**Last 4 digits of account number**
100377

**As of the petition filing date, the claim is:** $1,711.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

GROUP1 LLC
610 GRAND CT
ROBINS, IA 52328

**As of the petition filing date, the claim is:**                    $12,466.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
112129

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

HAUSEN LIGHTING LTD
YIHUI 4TH RD, MAOHUI INDUSTRIAL PARK
GUANGDONG
HENGLAN ZHONGSHAN
CHINA

**As of the petition filing date, the claim is:**                    $130,351.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
118918

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

HELEN FRASER & ASSOCIATES
275 MARKET ST, STE 299
MINNEAPOLIS, MN 55405

**As of the petition filing date, the claim is:**                    $620.37

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100268

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**

HIFLY ILLUMINATION CO, LTD
YIHUI 3RD RD, MAOHUI INDUSTRIAL ZONE
SISHA OF HENGLAN, ZHONGSHAN
GUANGDONG PROVINCE, 528421
CHINA

**As of the petition filing date, the claim is:**                    $7,016.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119438

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

HOT FREIGHT INTERNATIONAL INC
1-3580 ODYSSEY DR
MISSISSAUGA, ON L5M 0Z9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119169

**As of the petition filing date, the claim is:**                    $10,076.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

INTERTEK TESTING SERVICES NA INC
P.O. BOX 405176
ATLANTA, GA 30384

**Date or dates debt was incurred**

**Last 4 digits of account number**
114981

**As of the petition filing date, the claim is:**                    $36,940.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

JIMCO LAMP & MANUFACTURING CO
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $25,182.67

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - QUOIZEL & JIMCO

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

JINGWEI LIGHTING  PRODUCTS CO, LTD
YAO LE MANAGEMENT REGION
LIAO BU TOWN, DONGGUAN CITY
GUANGDONG, 523050
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119584

**As of the petition filing date, the claim is:**                    $32,023.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.57**

**Nonpriority creditor's name and mailing address**

L-1 COOPERATIVE, INC
P.O. BOX 538030
ATLANTA, GA 30353

**Date or dates debt was incurred**

**Last 4 digits of account number**
112014

**As of the petition filing date, the claim is:**                                   $21,341.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58**

**Nonpriority creditor's name and mailing address**

LABEL TECH INC
P.O. BOX 2666
MUNCIE, IN 47307

**Date or dates debt was incurred**

**Last 4 digits of account number**
118531

**As of the petition filing date, the claim is:**                                   $658.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59**

**Nonpriority creditor's name and mailing address**

LAMPLUX CO LTD
3RD FL, YITAI BLDG, LIANFENG INDUSTRAL ZONE
39 LIGUANG RD
LISHUI TOWN, NANHAI
FOSHAN, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
108367

**As of the petition filing date, the claim is:**                                   $3,902,075.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**

LE PHILLIPS CAREER DEV CENTER
P.O. BOX 600
EAU CLAIRE, WI 54703

**Date or dates debt was incurred**

**Last 4 digits of account number**
114940

**As of the petition filing date, the claim is:**                                   $2,370.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**

LJ&L ENTERPRISES
P.O. BOX 30568
SAVANNAH, GA 31410

**As of the petition filing date, the claim is:**    $2,250.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119024

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**

MARKET DYNAMICS RESEARCH GROUP INC
935 GRAVIER ST, STE 2160
NEW ORLEANS, LA 70112

**As of the petition filing date, the claim is:**    $12,560.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119353

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

MARXENT LABS LLC
DBA 3D CLOUD MARXENT
218 E BEARSS AVE, APT 414
TAMPA, FL 33613

**As of the petition filing date, the claim is:**    $51,000.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119684

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

MOSPEN PRODUCTS CO / PASCAL
INDUSTRIAL DISTRICT XIANGYAO LIGHTING FACTORY
HUIZHOU CITY CHENJIANG BAIYUNSHAN
GUANGDONG
CHINA

**As of the petition filing date, the claim is:**    $62,926.92

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
108370

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.65** | Nonpriority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:          $489.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
100953

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:          $41.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
111744

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:          $1,664.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
113734

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is:          $11,153.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
113800

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | | $14,655.06 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
114542

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | | $18,666.68 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119410

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | | $4,457.51 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119274

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | | $6,429.05 |
|---|---|---|---|

NAME REDACTED
ADDRESS REDACTED

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119319

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73** | **Nonpriority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $2,591.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
119517

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $13,967.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
100441

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $9,495.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
100637

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address**
NAME REDACTED
ADDRESS REDACTED

As of the petition filing date, the claim is: $1,631.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE PAYABLE

**Last 4 digits of account number**
119653

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | | $898.11 |
|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
999003

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | | $12,368.47 |
|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119170

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | | $258.39 |
|---|---|---|---|

**NAME REDACTED**
**ADDRESS REDACTED**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119097

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | | $178,619.83 |
|---|---|---|---|

**NANHAI XINGXIANG HARDWARE & LTG CO**
**8 HEGUI MIDDLE RD**
**NANHAI**
**528244 FOSHAN**
**CHINA**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
118536

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.81**

**Nonpriority creditor's name and mailing address**

NEW CHAO FENG GROUP
NO 5942 HUYI RD
JIADING QU 201802
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
108365

**As of the petition filing date, the claim is:**          $1,796,603.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**

NEW POURSKEY LIGHTING TECHNOLOGY CO, LTD
SANYAUN, DOUNCHENG DISTRIC
DONGGUAN, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119592

**As of the petition filing date, the claim is:**          $197,195.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**

NIELSEN & BAINBRIDGE, LLC/FACTCO
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $55,531,474.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**

OCEAN NETWORK EXPRESS PTE LTD
7 STRAITS VIEW, STE 16-01
MARINA ONE EAST TOWER
SINGAPORE 018936
SINGAPORE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119433

**As of the petition filing date, the claim is:**          $6,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,252.38 |

OLD DOMINION FREIGHT LINE INC
P.O. BOX 198475
ATLANTA, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119324

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169,777.00 |

ORIZONTTE ILUMINACION CO, LTD
8 2ND RD LEFENG, MAOHUI INDUSTRY ZONE
HENGLAN TOWN
ZHONGSHAN CITY, GUANGDONG
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119547

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,235.46 |

ORTIZ LIGHTING REPS, LLC
1083 DUSTY PINE DR
APOPKA, FL 32703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119401

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,321.73 |

PACIFIC LITEFORCE SALES LLC
20381 LAKE FOREST DR, STE B-18
LAKE FOREST, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**
119628

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.89**

**Nonpriority creditor's name and mailing address**

PAKSOUTH CHARLESTON LLC
2530 WHITEHALL PARK DR, STE 400
CHARLOTTE, NC 28273

**Date or dates debt was incurred**

**Last 4 digits of account number**
119188

**As of the petition filing date, the claim is:** $6,312.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

PALMETTO EXTERMINATORS INC
P.O. BOX 30669
CHARLESTON, SC 29417

**Date or dates debt was incurred**

**Last 4 digits of account number**
118963

**As of the petition filing date, the claim is:** $175.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**

PANGEANIC-BI EUROPA, SL
CORTES VALENCIANAS 26-5-107
VALENCIA, 46015
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number**
119565

**As of the petition filing date, the claim is:** $30.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**

PASCAL LIGHTING CO/SHINNING LIGHTING
BAI YUNSHAN INDUSTRIAL AREA
HUIZHOU, 516000
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119581

**As of the petition filing date, the claim is:** $677,862.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address

PATTON PICTURE COMPANY
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

**As of the petition filing date, the claim is:** $171.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - QUOIZEL & PATTON

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.94** | Nonpriority creditor's name and mailing address

PEACE INDUSTRIES CO
SEC 7 TASHIN GROUP, CHEN JIANG, HUI ZHO
GUANGDONG PROVINCE
CHINA

**As of the petition filing date, the claim is:** $51,053.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
106876

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address

PEGTOM INDUSTRIAL CO
300-2031 W 41ST AVE
VANCOUVER, BC V6M 1Y7
CANADA

**As of the petition filing date, the claim is:** $1,407,144.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
108317

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address

R L CARRIERS INC
P.O. BOX 10020
PORT WILLIAM, OH 45164

**As of the petition filing date, the claim is:** $25,044.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
111213

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,300.00 |
|---|---|---|---|

R+L TRUCKLOAD SERVICES LLC
16520 S TAMIAMI TR, STE 180
FT MYERS, FL 33908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119669

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,707.75 |
|---|---|---|---|

RANDSTAD NORTH AMERICA, INC
P.O. BOX 742344
ATLANTA, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
114976

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.96 |
|---|---|---|---|

REPUBLIC SERVICES OF SC, LLC
P.O. BOX 9001099
LOUISVILLE, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100563

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.32 |
|---|---|---|---|

RICK AUSTIN & ASSOCIATES, INC
2005 COLD SPRINGS RD
LIVERPOOL, NY 13090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
100039

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,351,911.41 |

**3.101** **Nonpriority creditor's name and mailing address**

RISING-SUN LIGHTING FACTORY
SUCUM INDUSTRIAL ZONE, YINFENG RD
DANZAO TOWN, NANHAI DIST
FOSHAN CITY, 528216
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118564

**As of the petition filing date, the claim is:**        $1,351,911.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**

RUEE APPLIANCES CO, LTD
NO 100 JIN TONG RD
TANGXIA TOWN JIANG SECTION
JIANMEN CITY, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119530

**As of the petition filing date, the claim is:**        $17.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

SAIA MOTOR FREIGHT LINE, LLC
P.O. BOX 730532
DALLAS, TX 75373

**Date or dates debt was incurred**

**Last 4 digits of account number**
112065

**As of the petition filing date, the claim is:**        $60,016.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** **Nonpriority creditor's name and mailing address**

SESCO LIGHTING INC
222 W MAITLAND BLVD
MAITLAND, FL 32751

**Date or dates debt was incurred**

**Last 4 digits of account number**
119460

**As of the petition filing date, the claim is:**        $1,737.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105**   **Nonpriority creditor's name and mailing address**

SHAN HSING LIGHTING DECORATION CO, LTD
BAI YUN QIAN INDUSTRIAL AREA CAI BIAN, DALANG TOWN
DONGGUAN, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119546

**As of the petition filing date, the claim is:**   $126,332.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106**   **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FREIGHT LINES INC
420 DAVEGA RD
LEXINGTON, SC 29073

**Date or dates debt was incurred**

**Last 4 digits of account number**
100723

**As of the petition filing date, the claim is:**   $460.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107**   **Nonpriority creditor's name and mailing address**

SOUTHERN GLOW LIGHTING SALES LLC
5208 SHIRLAND RD
FUQUAY VARINA, NC 27526

**Date or dates debt was incurred**

**Last 4 digits of account number**
100641

**As of the petition filing date, the claim is:**   $29,560.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**   **Nonpriority creditor's name and mailing address**

STERICYCLE INC
28883 NETWORK PL
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**
114130

**As of the petition filing date, the claim is:**   $109.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | | $39,885.43 |

**Nonpriority creditor's name and mailing address**
THE MIDWEST LIGHTING GROUP LLC
6070 OAK DR
DEMOTTE, IN 46310

**As of the petition filing date, the claim is:**     $39,885.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119500

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
THRO
12303 TECHNOLOGY BLVD, STE 950
AUSTIN, TX 78727

**As of the petition filing date, the claim is:**     $991.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE - QUOIZEL & THRO

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
TONY BRIZIC ENTERPRISES
13022 S 83RD COVET
PALOS PARK, IL 60464

**As of the petition filing date, the claim is:**     $805.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
118938

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
TOPOCEAN CONSOLIDATION SERVICE (LAX) INC
2727 WORKMAN MILL RD
CITY OF INDUSTRY, CA 90601

**As of the petition filing date, the claim is:**     $39,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
118902

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,201.68 |

**TORCH LIGHTING LTD**
**CHINSHA-TUN INDUSTRY, DIST TALANG TOWN**
**DONGGUAN, GUANGDONG, 523790**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119292

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,623.00 |

**TOTAL COMFORT SOLUTIONS INC**
**346 ORCHARD DR, STE B**
**W COLUMBIA, SC 29170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
111999

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,129.20 |

**UNITED PALLET SOLUTIONS LLC**
**561 GREENE ST**
**AUGUSTA, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
119685

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44,119.95 |

**UPS**
**P.O. BOX 809488**
**CHICAGO, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**
110010

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,575.88 |

**3.117**

**Nonpriority creditor's name and mailing address**

UPS CANADA
STATION A
P.O. BOX 4900
TORONTO, ON M5W 0A7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
114604

**As of the petition filing date, the claim is:**          $3,575.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118**

**Nonpriority creditor's name and mailing address**

USF HOLLAND LLC
27052 NETWORK PL
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number**
110016

**As of the petition filing date, the claim is:**          $32,608.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119**

**Nonpriority creditor's name and mailing address**

WILLIAM L RUTHERFORD LTD
3350 AIRWAY DR
MISSISSAUGA, ON L4V 1T3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number**
114842

**As of the petition filing date, the claim is:**          $15,419.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**

WILSON PALLET & PACKAGING
P.O. BOX 548
BESSEMER, AL 35021

**Date or dates debt was incurred**

**Last 4 digits of account number**
118381

**As of the petition filing date, the claim is:**          $5,005.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

YI HUI LIGHTING INDUSTRIAL CO, LTD
NO 139 GUANGHUI RD
XINCUN INDUSTRIAL ZONE
WANJIANG DISTRICT
DONGGUAN CITY, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119543

**As of the petition filing date, the claim is:** $111,410.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**

YIJU LIGHTING
HUA BU TANG NO 3
CHANG AN TANG DONGKENG TOWN
DONGGUAN CITY
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118604

**As of the petition filing date, the claim is:** $11,379.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

ZHONGSHAN GZJINGBAO LIGHTING ELECTRICITY FACTORY
NO 3 E RD, LUOSHA INDUSTRY, GUZHEN TOWN
ZHONGSHAN CITY, GUANGDONG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
119058

**As of the petition filing date, the claim is:** $40,555.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

ZHONGSHAN HAICHENG LIGHTING GLASS CO, LTD
SHAYUAN INDUSTRY ZONE
HAIZHOU GUSHEN TOWN
SHONGSHAN CITY, GUANGDONG PROVINCE
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118864

**As of the petition filing date, the claim is:** $248.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

ZHONGSHAN ZAWA LIGHTING CO, LTD
NO 13, LEFENG 6 RD
HENGLAN TOWN, ZHONGSHAN
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number**
118859

**As of the petition filing date, the claim is:**                    $20,005.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Quoizel, LLC**                                             Case number (if known): **23-90083**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor Name   **Quoizel, LLC**                                    Case number (if known): **23-90083**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                    $0.00

**5b. Total claims from Part 2**                                    $70,848,588.33

**5c. Total claims of Parts 1 and 2**                              $70,848,588.33
Lines 5a + 5b = 5c

| Debtor Name | Quoizel, LLC |
| --- | --- |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case number (if known): | 23-90083 |

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | AXWAY INVOICE | AXWAY, INC<br>16220 N SCOTTSDALE RD, STE 500<br>SCOTTSDALE, AZ 85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | BOTTOMLINE INVOICE | BOTTOMLINE TECHNOLOGIES (DE), INC<br>P.O. BOX 412377<br>BOSTON, MA 02241-2377 |
| | State the term remaining | 06/27/2022-06/26/2023 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CITRIX RENAWAL INVOICE | CITRIX SYSTEMS, INC<br>851 W CYPRESS CREEK RD<br>FT LAUDERDALE, FL 33309 |
| | State the term remaining | 06/16/2022-06/15/2023 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | COMPLIANCE GUIDE FOR THE SECOND LIEN CREDIT AGREEMENT | CORTLAND CAPITAL MARKET SERVICES LLC<br>ATTN: LEGAL DEPT & JEFFREY VAUGHN<br>225 W WASHINGTON ST, 21ST FL<br>CHICAGO, IL 60606 |
| | State the term remaining | 4/26/2017 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | DALLAS MARKET CENTER OPERATING LP<br>2100 STEMMONS FWY<br>DALLAS, TX 75207 |
| | State the term remaining | 11/1/2009 - 10/31/2015 | |
| | List the contract number of any government contract | | |

Debtor Name    **Quoizel, LLC**                                    Case number (if known): **23-90083**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | DATA MASONS INVOICE | DATA MASONS<br>333 S 7TH ST, STE 1000<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining<br>List the contract number of any government contract | 01/27/2022-01/27/2023 | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | DELL EMC RENEWAL CETIFICATE | DELL EMC |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | COMPLIANCE GUIDE FOR THE FIRST LIEN CREDIT AGREEMENT | DEUTSCHE BANK AG NEW YORK BRANCH<br>60 WALL ST, 2ND FL<br>NEW YORK, NY 10005 |
| | State the term remaining<br>List the contract number of any government contract | 4/26/2017 | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | DIVERSIFIED LIGHTING ASSOCIATES, INC.<br>825 MEARNS RD<br>WARMINSTER, PA 18974 |
| | State the term remaining<br>List the contract number of any government contract | 6/1/2018 | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | EMPIRE LIGHTING<br>380 ALLWOOD RD<br>CLIFTON, NJ 07012 |
| | State the term remaining<br>List the contract number of any government contract | 6/4/2018 | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | NEXGEN LIGHTING SOLUTIONS |
| | State the term remaining<br>List the contract number of any government contract | 2/20/2019 | |

| Debtor Name | **Quoizel, LLC** | Case number (if known): **23-90083** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.12** | State what the contract or lease is for and the nature of the debtor's interest | **REPRESENTATIVE AGREEMENT** | **NEXGEN LIGHTING SOLUTIONS**<br>**1740 TRINITY VALLEY DR**<br>**CARROLLTON, TX 75006** |
| | State the term remaining<br>List the contract number of any government contract | 2/18/2019 | |
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | **PAYCOM FUNDING AUTHORIZATION AGREEMENT** | **PAYCOM PAYROLL, LLC**<br>**7501 W MEMORIAL RD**<br>**OKLAHOMA CITY, OK 73142** |
| | State the term remaining<br>List the contract number of any government contract | 3/1/2019 | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | **PAYCOM PAYROLL AND HUMAN CAPITAL MANAGEMENT SERVICES AGREEMENT** | **PAYCOM PAYROLL, LLC**<br>**7501 W MEMORIAL RD**<br>**OKLAHOMA CITY, OK 73142** |
| | State the term remaining<br>List the contract number of any government contract | 3/11/2019 | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | **PAYCOM PROPOSAL 03-08-2019** | **PAYCOM PAYROLL, LLC**<br>**7501 W MEMORIAL RD**<br>**OKLAHOMA CITY, OK 73142** |
| | State the term remaining<br>List the contract number of any government contract | 3/8/2019 | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | **PAYCOM PROPOSAL 01-11-2019** | **PAYCOM PAYROLL, LLC**<br>**7501 W MEMORIAL RD**<br>**OKLAHOMA CITY, OK 73142** |
| | State the term remaining<br>List the contract number of any government contract | 1/11/2019 | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | **PAYCOM MONTH TO MONTH EQUIPMENT LEASE** | **PAYCOM PAYROLL, LLC**<br>**ATTN: CFO**<br>**7501 W MEMORIAL RD, MS 320**<br>**OKLAHOMA CITY, OK 73142** |
| | State the term remaining<br>List the contract number of any government contract | 2/5/2019 | |

Debtor Name  **Quoizel, LLC**                                      Case number (if known): **23-90083**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | PAYCOM PAYROLL AND HUMAN CAPITAL MANAGEMENT SERVICES AGREEMENT | PAYCOM PAYROLL, LLC<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK 73142 |
| | State the term remaining | 1/9/2019 | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | PAYCOM PAYROLL SERVICES AGREEMENT | PAYCOM PAYROLL, LLC<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK 73142 |
| | State the term remaining | 11/18/2019 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | PERFION INC. INVOICE | PERFION, INC<br>1201 PEACHTREE ST, STE 200<br>ATLANTA, GA 30361 |
| | State the term remaining | 04/01/2022-03/31/2023 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | QUANTUM LIGHTING GROUP, INC<br>4074 S 300 W<br>SALT LAKE CITY, UT 84107 |
| | State the term remaining | 2/1/2020 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | SESCO LIGHTING, INC<br>222 W MAITLAND BLVD<br>MAITLAND, FL 32751 |
| | State the term remaining | 8/1/2019 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO QUOIZEL 2018 CONTRACT | SPHERION STAFFING, LLC<br>1 OVERTON PARK<br>3625 CUMBERLAND BLVD, STE 600<br>ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | **Quoizel, LLC** | Case number (if known): **23-90083** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | SPHERION TEMPORARY STAFFING AGREEMENT | SPHERION STAFFING, LLC<br>1 OVERTON PARK<br>3625 CUMBERLAND BLVD, STE 600<br>ATLANTA, GA 30339 |
| | State the term remaining<br>List the contract number of any government contract | 10/31/2018 | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | STAG INDUSTRIAL HOLDINGS LLC<br>C/O STAG GOOSE CREEK<br>ATTN: GENERAL COUNSEL<br>1 FEDERAL ST, 23RD FL<br>BOSTON, MA 02110 |
| | State the term remaining<br>List the contract number of any government contract | 5/1/2019 - 4/30/2034 | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | TALKDESK, INC INVOICE | TALKDESK, INC<br>388 MARKET ST, STE 1300<br>SAN FRANCISCO, CA 94111 |
| | State the term remaining<br>List the contract number of any government contract | 12/22/2022-12/21/2023 | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | TECH TOGETHER INVOICE | TECH TOGETHER<br>6404 FALLS OF NEUSE RD<br>RALEIGH, NC 27615 |
| | State the term remaining<br>List the contract number of any government contract | 07/01/2022-06/30/2023 | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | REPRESENTATIVE AGREEMENT | THE LIGHTING ELEMENT<br>16885 W BERNARDO DR, UNIT 380<br>SAN DIEGO, CA 92127 |
| | State the term remaining<br>List the contract number of any government contract | 6/1/2018 | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | TPM INVOICE | TPM<br>1003 LAURENS RD<br>GREENVILLE, SC 29607 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Quoizel, LLC** | Case number (if known): **23-90083** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **WASABI INVOICE** | **WASBI**<br>**111 HUNTINGTON AVE, STE 2900**<br>**BOSTON, MA 02199** |
| | State the term remaining<br>List the contract number of any government contract | 12/11/2022-12/10/2023 | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **JOINDER AND AMENDMENT NO. 1 TO ACCOUNT PURCHASE AGREEMENT** | **WELLS FARGO BANK, NA**<br>**100 PARK AVE, 3RD FL**<br>**NEW YORK, NY 10017** |
| | State the term remaining<br>List the contract number of any government contract | 7/19/2021-11/28/2022 | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **2ND AMENDMENT TO LEASE RENEWAL AGREEMENT** | **WTC-TRADE MART 2015 LP**<br>**C/O MARKET CENTER MGMT CO LTD** |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2017 - 9/30/2022 | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | **4TH AMENDMENT TO LEASE RENEWAL AGREEMENT** | **WTC-TRADE MART 2015 LP**<br>**C/O MARKET CENTER MGMT CO LTD** |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2022 - 9/30/2027 | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | **5TH AMENDMENT TO LEASE RENEWAL AGREEMENT** | **WTC-TRADE MART 2015 LP**<br>**C/O MARKET CENTER MGMT CO LTD** |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2022 - 9/30/2027 | |

| Debtor Name | **Quoizel, LLC** |
|---|---|

**United States Bankruptcy Court for the Southern District of Texas**

| Case number (if known): | **23-90083** |
|---|---|

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1 | **CHEYENNE PRODUCTS LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Cortland Capital Market Services LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.2 | **CHEYENNE PRODUCTS LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Deutsche Bank AG New York Branch | ☐ D<br>☐ E/F<br>☒ G |
| 2.3 | **CHEYENNE PRODUCTS LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Wells Fargo Bank, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | **DESIGN SOLUTIONS INTERNATIONAL, INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Cortland Capital Market Services LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.5 | **DESIGN SOLUTIONS INTERNATIONAL, INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Deutsche Bank AG New York Branch | ☐ D<br>☐ E/F<br>☒ G |

Debtor Name    **Quoizel, LLC**                                                          Case number (if known): **23-90083**

| | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.6  **DESIGN SOLUTIONS INTERNATIONAL, INC.** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.7  **DWELL & DECOR OUTDOOR LLC** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Cortland Capital Market Services LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.8  **DWELL & DECOR OUTDOOR LLC** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Deutsche Bank AG New York Branch | ☐ D<br>☐ E/F<br>☑ G |
| 2.9  **DWELL & DECOR OUTDOOR LLC** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.10  **HOME DECOR HOLDING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Cortland Capital Market Services LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.11  **HOME DECOR HOLDING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Deutsche Bank AG New York Branch | ☐ D<br>☐ E/F<br>☑ G |
| 2.12  **HOME DECOR HOLDING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |
| 2.13  **JIMCO LAMP & MANUFACTURING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Cortland Capital Market Services LLC | ☐ D<br>☐ E/F<br>☑ G |

Debtor Name    **Quoizel, LLC**                                   Case number (if known): **23-90083**

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column 1: Codebtor**                                              **Column 2: Creditor**

| Name | Mailing Address | Name | *Check all schedules that apply* |
|------|-----------------|------|----------------------------------|
| 2.14 **JIMCO LAMP & MANUFACTURING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Deutsche Bank AG New York Branch | ☐ D ☐ E/F ☑ G |
| 2.15 **JIMCO LAMP & MANUFACTURING COMPANY** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.16 **KNB HOLDINGS CORPORATION** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Cortland Capital Market Services LLC | ☐ D ☐ E/F ☑ G |
| 2.17 **KNB HOLDINGS CORPORATION** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Deutsche Bank AG New York Branch | ☐ D ☐ E/F ☑ G |
| 2.18 **KNB HOLDINGS CORPORATION** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | STAG Industrial Holdings, LLC | ☐ D ☐ E/F ☑ G |
| 2.19 **KNB HOLDINGS CORPORATION** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.20 **N&B INDUSTRIES, INC.** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Cortland Capital Market Services LLC | ☐ D ☐ E/F ☑ G |
| 2.21 **N&B INDUSTRIES, INC.** | 12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727 | Deutsche Bank AG New York Branch | ☐ D ☐ E/F ☑ G |

Debtor Name    **Quoizel, LLC**                                    Case number (if known): **23-90083**

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.22 **N&B INDUSTRIES, INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.23 **NBG INTERMEDIATE HOLDINGS INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Cortland Capital Market Services LLC | ☐ D ☐ E/F ☑ G |
| 2.24 **NBG INTERMEDIATE HOLDINGS INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Deutsche Bank AG New York Branch | ☐ D ☐ E/F ☑ G |
| 2.25 **NBG INTERMEDIATE HOLDINGS INC.** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.26 **NIELSEN & BAINBRIDGE, LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Cortland Capital Market Services LLC | ☐ D ☐ E/F ☑ G |
| 2.27 **NIELSEN & BAINBRIDGE, LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Deutsche Bank AG New York Branch | ☐ D ☐ E/F ☑ G |
| 2.28 **NIELSEN & BAINBRIDGE, LLC** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Wells Fargo Bank, NA | ☑ D ☐ E/F ☐ G |
| 2.29 **PATTON PICTURE COMPANY** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Cortland Capital Market Services LLC | ☐ D ☐ E/F ☑ G |

Debtor Name   **Quoizel, LLC**                                      Case number (if known): **23-90083**

### ▮ Additional Page(s) if Debtor has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.30   **PATTON PICTURE COMPANY** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Deutsche Bank AG New York Branch | ☐ D<br>☐ E/F<br>☑ G |
| 2.31   **PATTON PICTURE COMPANY** | **12303 TECHNOLOGY BLVD, STE 950 AUSTIN, TX 78727** | Wells Fargo Bank, NA | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| **Debtor Name** | Quoizel, LLC |
| **United States Bankruptcy Court for the Southern District of Texas** | |
| **Case Number:** | 23-90083 |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of Quoizel, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 62 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| | | |
|---|---|---|
| Executed on: 2/27/2023 | Signature | /s/ Stephanie Suggs |
| MM / DD / YYYY | | Stephanie Suggs |
| | Printed Name | |
| | | Chief Financial Officer |
| | Title | |