## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| NIELSEN & BAINBRIDGE, LLC, *et al.*,[1] | ) Case No. 23-90071 (DRJ) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF RESET OF CONFIRMATION HEARING

On February 9, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of Nielsen & Bainbridge, LLC and Its Debtor Affiliates* [Docket No. 22].

On March 1, 2023, the Debtors filed the *First Amended Joint Chapter 11 Plan of Reorganization of Nielsen & Bainbridge, LLC and Its Debtor Affiliates* [Docket No. 206] (the "Plan").

On March 21, 2023, the Debtors filed the *Plan Supplement for the Debtors' First Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 288].

**The hearing to consider confirmation of the Plan (the "Confirmation Hearing"), previously scheduled for April 27, 2023, has been reset to May 4, 2023, at 9:00 a.m., prevailing Central Time** before Judge David R. Jones in the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002. You may participate in the hearing either in person or by an audio and video connection.

Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is **205691**.

Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgeJones**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/NBGHome. The Debtors' service address in these chapter 11 cases is: 12303 Technology Boulevard, Suite 950, Austin, TX 78727.

Jones's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Copies of the Plan, the Plan Supplement, and other pleadings filed in these chapter 11 cases are available for inspection free of charge on the Debtors' website at https://omniagentsolutions.com/NBGHome. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: https://ecf.txsb.uscourts.gov/.

Houston, Texas
April 26, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | 601 Lexington Avenue |
| 1401 McKinney Street, Suite 1900 | New York, New York 10022 |
| Houston, TX 77010 | Telephone: (212) 446-4800 |
| Telephone: (713) 752-4200 | Facsimile: (212) 446-4900 |
| Facsimile: (713) 752-4221 | Email: joshua.sussberg@kirkland.com |
| Email: mcavenaugh@jw.com | steven.serajeddini@kirkland.com |
| jwertz@jw.com | |
| mstull@jw.com | -and- |
| vargeroplos@jw.com | |

*Co-Counsel to the Debtors*
*and Debtors in Possession*

Joshua M. Altman (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:        josh.altman@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on April 26, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh