Electronic Appearance Sheet

Kimberly Neureiter, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Rebecca Stark, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Andrew Behlmann, Lowenstein Sandler LLP
Client(s): Official Committee of Unsecured Creditors

Ashley Surinak, Kirkland and Ellis
Client(s): Debtor

Joshua Altman, Kirkland and Ellis
Client(s): debtor

Ravi Shankar, Kirkland and Ellis
Client(s): Debtor

Trey Wood, Bracewell LLP
Client(s): Wells Fargo Bank NA, ABL Agent

Carolyn Weltman, Kirkland and Ellis
Client(s): debtor

Stephanie Suggs, NBG-Home
Client(s): CFO

Andrew Behlmann, Lowenstein Sandler LLP
Client(s): Official Committee of Unsecured Creditors

Christopher Carter, Morgan, Lewis & Bockius LLP
Client(s): Wells Fargo Bank, N.A.