**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NIELSEN & BAINBRIDGE, LLC, *et al.*, [1] | Case No. 23-90071 (DRJ) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 26, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Reset of Confirmation Hearing [Docket No. 404]**

Dated: April 27, 2023

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                                      } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 27th day of April , 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/NBGHome. The Debtors' service address in these chapter 11 cases is: 12303 Technology Boulevard, Suite 950, Austin, TX 78727.

## **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Archer & Greiner, PC | Jiangang ("James") Ou | jou@archerlaw.com | Email |
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Archer & Greiner, PC | Stephen M Packman | spackman@archerlaw.com | Email |
| *NOA - Counsel for Wells Fargo Bank, National Association, in its capacity as Prepetition ABL Agent | Bracewell LLP | Robert P. Grattan | Bob.Grattan@bracewell.com | Email |
| *NOA - Counsel for Wells Fargo Bank, National Association, in its capacity as Prepetition ABL Agent | Bracewell LLP | William A. (Trey) Wood III | Trey.Wood@bracewell.com | Email |
| *NOA - Counsel for Waste Management, Inc | Chamberlain, Hrdlicka, White, Williams & Aughtry, PC | Tara T LeDay | tara.leday@chamberlainlaw.com | Email |
| *Committee of Unsecured Creditors | Chenyu (Anhui) Cultural Arts Co, Ltd | | sales02@chinachenyu.com | Email |
| Counsel to the Ad Hoc Committee | Dennis F Dunne | | ddunne@milbank.com | Email |
| *Committee of Unsecured Creditors | Haining Lige Textile Co, Ltd | | amy@league-textile.com | Email |
| *Committee of Unsecured Creditors | Lamplux Co, Ltd | | shawn@lamplux.com | Email |
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Andrew Behlmann | abehlmann@lowenstein.com | Email |
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Bruce Nathan | bnathan@lowenstein.com | Email |
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Brent Weisenberg | bweisenberg@lowenstein.com | Email |
| *NOA – Counsel for the Official Committee of Unsecured Creditors | Lowenstein Sandler LLP | Jeffrey D Prol | jprol@lowenstein.com | Email |
| Counsel to the Ad Hoc Committee | Matthew Brod | | mbrod@milbank.com | Email |
| *NOA - Counsel for  The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Julie Anne Parsons | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Initial Plan Sponsors and DIP Lenders | Milbank LLP | Dennis F Dunne | ddunne@milbank.com | Email |
| *NOA - Counsel for Initial Plan Sponsors and DIP Lenders | Milbank LLP | Matthew L Brod | mbrod@milbank.com | Email |
| *NOA - Lead Counsel for Wells Fargo Bank, National Association, in its capacity as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Christopher Carter | christopher.carter@morganlewis.com | Email |
| *NOA - Counsel for Wells Fargo Bank, National Association, in its capacity as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Julia Frost-Davies | julia.frost-davies@morganlewis.com | Email |
| *NOA - Lead Counsel for Wells Fargo Bank, National Association, in its capacity as Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Nakisha Duncan | nakisha.duncan@morganlewis.com | Email |
| *Committee of Unsecured Creditors | Nantong Rachel Textiles Co, Ltd | | selina@racheltextiles.com | Email |
| US Trustee | Office of the United States Trustee | Ha Minh Nguyen | ha.nguyen@usdoj.gov | Email |
| US Trustee | Office of the United States Trustee | Hector Duran, Jr | Hector.Duran.Jr@usdoj.gov | Email |
| *NOA - Counsel for PNC Equipment Finance, LLC | Padfield & Stout, LLP | Christopher V Arisco | carisco@padfieldstout.com | Email |
| *NOA - Counsel for Pension Benefit Guaranty Corporatio | Pension Benefit Guaranty Corporation | | efile@pbgc.gov | Email |
| *NOA - Counsel for Pension Benefit Guaranty Corporation ("PBGC") | Pension Benefit Guaranty Corporation | Kimberly E Neureiter | Neureiter.Kimberly@pbgc.gov; efile@pbgc.gov | Email |
| *NOA - Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Rebecca Stark | Stark.Rebecca@pbgc.gov | Email |
| *NOA - Counsel for Disinterested Managers of KNB Holdings Corp. and NBG Intermediate Holdings, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | Cameron Kelly | cameronkelly@quinnemanuel.com | Email |
| *NOA - Counsel for Disinterested Managers of KNB Holdings Corp. and NBG Intermediate Holdings, Inc. | Quinn Emanuel Urquhart & Sullivan, LLP | James C Tecce | jamestecce@quinnemanuel.com | Email |
| *Committee of Unsecured Creditors | Rising-Sun Lighting Factory | | kate@risingsunlight.com | Email |
| *NOA - Counsel for PS Business Parks, LP | Singer & Levick, PC | Michelle E Shriro | mshriro@singerlevick.com | Email |
| *NOA - Counsel for Linhai Boxing Arts & Crafts Co, Ltd | Spence Desenberg & Lee, PLLC | Bo Peng | bo@sdllaw.com | Email |
| *NOA - Counsel for Linhai Boxing Arts & Crafts Co, Ltd | Spence Desenberg & Lee, PLLC | Ross Spence | ross@sdllaw.com | Email |
| *NOA - Counsel to Linhai Boxing Arts & Crafts Co., Ltd. | Wang, Gao & Associates, PC | Heng Wang | all@wanggaolaw.com | Email |
| *Committee of Unsecured Creditors | Wangbin Decorative Material Co | Brian Mitteldorf | blm@cabcollects.com; brian@wangbin.com | Email |
| *NOA - Counsel for Toyota Industries Commercial Finance Inc. | Weltman, Weinberg & Reis Co., LPA | Scott D. Fink | bronationalecf@weltman.com | Email |